**R. J. DURKEE, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVE-
NUE, Respondent.**

No. 11069.

United States Court of Appeals
Sixth Circuit.

April 13, 1950.

H. Melvin Roberts, Cleveland, Ohio, for petitioner.

Theron L. Caudle, Charles Oliphant, Rollin H. Transue, Ellis N. Slack, and Irving I. Axelrad, Washington, D. C., for respondent.

Before HICKS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and arguments of counsel, and on consideration thereof,

It is ordered and adjudged that the decision of the Tax Court entered October 6, 1949, be and the same is in all things affirmed upon the grounds and for the reasons set forth in the opinion of the Tax Court entered August 15, 1949.

**Irene McSHANE, Appellant, v. John V.
MOLDOVAN et al., Appellees.**

No. 10996.

United States Court of Appeals
Sixth Circuit.

April 14, 1950.

Davidson & Theut, Detroit, Mich., for appellant.

O. W. Johnson, Ecorse, Mich., Emil Wm. Colombo, Detroit, Mich., for appellees.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and oral argument of counsel for appellant, and of counsel for Moldovan and Lovack, Jr.; upon consideration whereof the court is of the opinion that there is no reversible error on the record.

It is therefore ordered and adjudged that the judgment appealed from and entered in the District Court on June 2, 1949, be and the same is in all things affirmed.

See also, 6 Cir., 172 F.2d 1016.